IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2008 BMW 335I VIN ID NO. WBAWB73508P041037,

      Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G (2), states:

### JURISDICTION AND VENUE

1.    The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violation of 21 U.S.C. § 801 *et seq.* This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located, and all acts described herein occurred, in the District of Colorado.

### DEFENDANT PROPERTY

3.    Defendant property is more fully described as:

    a. 2008 BMW 335i VIN ID No. WBAWB73508P041037, seized from Estehice

Prieto Valles on July 28, 2019, in Summit County, Colorado, and currently in the custody of the United States Marshals Service in Denver, Colorado.

## Underlying Investigation

4. On July 28, 2019, a Trooper with Colorado State Patrol (CSP) observed a BMW sedan ("defendant 2008 BMW") traveling eastbound on interstate 70 in Summit County Colorado. The vehicle was traveling at approximately 70 miles per hour in a posted 65 mile per hour speed zone.

5. Just before passing the CSP Trooper's vehicle, the BMW drastically decreased speed to approximately 56 miles per hour.

6. The CSP Trooper caught up with the BMW sedan and observed that rear license plate had a license plate bracket that was covering a portion of the license plate.

7. The Trooper pulled over the BMW sedan for speeding and for the vehicle plates not being clearly visible.

8. The Trooper made contact with the driver and sole occupant, who was identified as Estehice Prieto-Valles, (Ms. Valles). Upon informing Ms. Valles that she was speeding, Ms. Valles was apologetic and provided her driver's license, registration, and proof of insurance.

9. Ms. Valles stated that she was traveling home to Thornton, Colorado from Las Vegas, Nevada. The CSP Trooper asked if Ms. Valles would accompany him to the patrol vehicle while he completed the administrative functions related to the traffic stop. Valles consented and sat in the front passenger seat.

10. During a discussion with the Trooper, Ms. Valles stated that she left Denver for Las Vegas on Friday and spent the weekend in Las Vegas. She stated that she had

not been anywhere else.

11.     The CSP Trooper asked Ms. Valles if there was anything illegal inside the vehicle.  Ms. Valles told the CSP Trooper that there was nothing illegal inside and gave both verbal and written consent to search her vehicle.

12.     The CSP Trooper deployed a certified K-9 to search defendant 2008 BMW. The K-9 alerted to the odor of narcotics to the rear passenger side wheel well of the vehicle.

13.     After the positive K-9 alert, the trooper conducted a search of the vehicle. Ms. Valles' cell phone was located and the trooper saw the phone had numerous incoming calls.  One of the callers was a contact in her phone called, "la Sinaloa;" The Sinaloa cartel is a drug trafficking organization operating in the United States.

14.     On July 30, 2019, a state search warrant was obtained to search defendant 2008 BMW.

15.     The CSP Trooper assisted the Drug Enforcement Administration (DEA) in the search of the defendant vehicle and found two hidden compartments on each side of the car in the rear seat panel.  There were seven plastic bags in each hidden compartment, totaling 7,320 grams of crystal methamphetamine.

16.     In conclusion, defendant 2008 BMW was used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, in violation of 21 U.S.C. § 801, *et seq*, and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

## VERIFICATION OF THOMAS SULLIVAN
## SPECIAL AGENT, DRUG ENFORCEMENT AGENCY

I, Special Agent, Thomas Sullivan, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

*Thomas Sullivan II SA DEA*
Thomas Sullivan
Special Agent – DEA

STATE OF COLORADO )
) ss
COUNTY OF DENVER )

The foregoing was acknowledged before me this 8TH day of January 2020 by Thomas Sullivan, Special Agent, Drug Enforcement Administration.

_____
Notary Public – Colorado
My Commission Expires: June 11, 2022

JONATHAN DYFFRYN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184024180
MY COMMISSION EXPIRES JUNE 11, 2022

4

## FIRST CLAIM FOR RELIEF

17. The Plaintiff repeats and incorporates by reference the paragraphs above.

18. By the foregoing and other acts, defendant 2008 BMW 335i constitutes a vehicle used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, in violation of 21 U.S.C. § 801, *et seq.* Therefore, defendant 2008 BMW 335i is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, the United States prays for an entry of final order of forfeiture for the defendant 2008 BMW 335i in favor if the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probably cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 22nd day of January 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/ *Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: laura.hurd@usdoj.gov
*Attorney for Plaintiff*